# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**SHAWN DWAYNE BURTON**                                             **PETITIONER**

vs.                                        Civil Action No. 3:06-cv-460 HTW-JCS

**AL HAYNES**                                                                  **RESPONDENT**

## FINAL JUDGMENT

This cause came before the court on the petition for writ of habeas corpus filed by the petitioner, Shawn Dwayne Burton. This court, having adopted the Report and Recommendation as the order of this court, hereby denies habeas relief and dismisses petitioner's Petition for Writ of Habeas Corpus with prejudice. The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, THIS THE 30 th DAY OF JUNE, 2009.**

                                                  **s/ HENRY T. WINGATE**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**